# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| HALIMA HAGI ABUKAR, | ) |
| | ) |
| Plaintiff, | ) CIVIL COMPLAINT |
| | ) |
| v. | ) |
| | ) Case No. 2:21-cv-2383 |
| WILLIS LAW FIRM LLC, and | ) |
| DIMITRIOS G. HATZIFOTINOS, | ) |
| | ) **JURY DEMAND** |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff HALIMA HAGI ABUKAR and dismisses this case with prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated:  June 23, 2021

By:  s/ Geoffrey Parker
Geoffrey C. Parker (0096049)
HILTON PARKER LLC
7544 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
gparker@hiltonparker.com
www.hiltonparker.com